# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Eduardo Torres,<br>　　　　　　Defendant. | Case No.: 2:01-CR-403-GHK<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of Calif. for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]) and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _lack of bail resources or appropriate surety; past substance abuse;_

1 | _current allegations_

4 | and/or

5 | B. [X] The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _(1) criminal history_ _(2) past substance abuse_ _(3) current allegations_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/2/08

_/s/ Suzanne Segal_
Suzanne H. Segal
U.S. Magistrate Judge